The People of the State of New York ex rel. Edward Schlechter;

Appellant, v. EDGAR S. JENNINGS, as Warden of the State Prison at Auburn, N. Y., Respondent.— Order affirmed. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ. [130 Misc. 748.]